UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKELL CARTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC,<br><br>    Defendant. | Case No. 4:25-cv-05381-KAW<br><br>ORDER TO SHOW CAUSE TO PLAINTIFFS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on June 26, 2025. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 90 days to complete service of the complaint and summons on Defendant, such that September 24, 2025 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed.

The Case Management Conference (CMC), originally scheduled for September 30, 2025, was continued to December 2, 2025, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 7.) The Court notes that Plaintiffs did not timely file their case management statement nor did they file an administrative motion to continue the CMC or seek and extension of the service deadline.

IT IS HEREBY ORDERED that, by no later than **December 12, 2025**, Plaintiffs shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. Plaintiffs shall also serve Defendant and file a certificate of service by that deadline.

Finally, the December 2, 2025 case management conference is continued to February 17, 2026 at 1:30 p.m. via Zoom videoconference. The joint case management statement is due on or

before February 10, 2026.

IT IS SO ORDERED.

Dated: November 26, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge