AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-05381-KAW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gilead Sciences, INC.
was received by me on *(date)* March 2, 2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
Henry L. on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Henry L. (CT Corp) , who is
designated by law to accept service of process on behalf of *(name of organization)* Gilead Sciences, INC.
______________________ on *(date)* May 18, 2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 18 2026

______________________
*Server's signature*

Jack Rutherford, Esq.
*Printed name and title*

2811 1/2 2nd Avenue, Los Angeles, CA 90018
*Server's address*

Additional information regarding attempted service, etc: